Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of
Division

Zina Shannon
Shantell Thompton
Wandra Thompton
Reshawn

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Shantell Thompton
Wandra Thompton
Reshaw Thompton
Zina Shannon

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **23-01112 SECT. R MAG. 5**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

Fee Pauper
Process
X Dktd
CtRmDep
Doc.No.

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Zina Shannon
Street Address: 2512 South Galvez St
City and County: New Orleans, La
State and Zip Code: 70125
Telephone Number: 504-270-3164
E-mail Address:

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: Wandra Thompton
Job or Title (if known): Owers
Street Address: 909 Ave C Marreo La 70002
City and County: Jefferso Parish 70002
State and Zip Code:
Telephone Number: 504 383-7448
E-mail Address (if known):

**Defendant No. 2**
Name: Shantell Thompton
Job or Title (if known): Teacher Class
Street Address: 909 Ave Marreo La 70002
City and County: Jefferson Parish 70002
State and Zip Code:
Telephone Number: 504 383-7448
E-mail Address (if known):

**Defendant No. 3**
Name: Reshawn
Job or Title (if known): My Social Worker
Street Address: 909 Ave C Marreo La 70002
City and County: Jefferson Parish 70002
State and Zip Code:
Telephone Number: 504 383-7448
E-mail Address (if known):

11-01-2004

**Defendant No. 4**
Name: Dr Bennette Nwankpa
Job or Title (if known): My Pschiatry Dr Doctor
Street Address: 909 Ave C Marreo La 70002
City and County: Jefferson Parish
State and Zip Code:
Telephone Number: 504-383-7448
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case: They Fraud My name with Walgreen 4400 S Claiborne and Doctor Bennette Nwankpa 504 891-0976 My medicine In Vea

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Zina Shannon, is a citizen of the State of *(name)* Louisiana.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Fraud in my name Zina Shannon 2512 South Galve St NO. La 70125 at 4400 S Clabione was Walgreen 504-891-0976 with Doctor Bennette Nwankap at Walgreen Fraud my Sister Voice Health Care 909 Ave C Marreo La 504 383-7448 My Invea Shot 3-21-23 4400 S Clabione NO. La 70125 504-891-0976 Zina Shannon 2512 South Galvez St NO. La 70002 Doctor Bennette Nwankap 909 Ave C Marreo La 70002 504 270-3164 504-383-7448 He is my Psychiartiy Doctor 11-01 2004 My Sister Voice Health Care Shantell Thompton 3-21-23 3PM Wandra Thompton 3-21-23 Refused to Reshawn put Doctor Bennette Nwankpa on the Phone I was going to tell him Shantell Thompton & Wanda Thompton & Reshawn Fraud his name & my name at Walgreen 4400 S Clabione 504 891-0976 3-30-23 My Invea Shot 3-21-23 3PM Time 245

3-21-23 Time 3PM
Zina Shannon
2512 South Galvez St
NO. La 70125
504-270-3164
Sister Voice Health Care
Shantell Thompton Teach Call Class
Wandra Thompton Owners
Reshawn My Social Worker
909 Ave C Marreo La 70002
Jefferson Parish 70002
504 383-7448
My Doctor names is Bennette Nwankpat
at My Sister Voice Health Care from 11-01 2004
504 383-7448 909 Ave C Marreo La 70002
Shantell Thompton 3-21-23 3PM
Wandra Thompton 3-21-23 3PM
Reshawn 3-21-23 3PM all of them did
a Fraud in My name Zina Shannon 2512 South
3-21-23 3PM
Galvez St NO. La 70125 504-270-3164 and Doctor Bennette Nwankap ~~Fraud~~ don't know they
Shantell Thompton & Wandra Thompton &
Reshawn Fraud his name at Walgreen 4400
S Clabione NO. La 70125 504 891-0946 with
My INvea shot 3-21-23 Time 3PM

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-30-23   Time 1:45 pm

Signature of Plaintiff: Shantell Thompton, Wandra Thompton & Reshawn

Printed Name of Plaintiff: Shantell Thompton, Wandra Thompton, Reshawn

### B. For Attorneys

Date of signing: _____

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Street Address: N/A
State and Zip Code: N/A
Telephone Number: N/A
E-mail Address: N/A

Page 5 of 5