UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZINA SHANNON | CIVIL ACTION |
| VERSUS | NUMBER: 23-1112 |
| WANDRA THOMPTON, ET AL. | SECTION: "R"(5) |

## JUDGMENT

The Court, having considered the record, the applicable law, and for the written reasons assigned;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there is judgment in favor of Defendants and against Plaintiff, dismissing Plaintiff's suit without prejudice.

New Orleans, Louisiana, this __21st__ day of June 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE